|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

PETER J. ROSE,

           Petitioner,

     v.                   CIV. NO. S-01-1423 LKK DAD P

M. KNOWLES, Warden,       <u>NON-RELATED CASE ORDER</u>

           Respondent.
_____/

PETER ROSE; ASHLEY ROSE, a minor,
by and through her Guardian Ad
Litem, her custodial parent, Peter
Rose; BRITNEY ROSE, a minor, by
and through her Guardian Ad Litem,   CIV. NO. S-05-2208 GEB PAN
her custodial parent, Peter Rose;
and PETER ROSE JR., a minor,
by and through his Guardian
Ad Litem, his custodial parent,
Peter Rose,

           Plaintiffs,

      vs.

SAN JOAQUIN COUNTY; SAN JOAQUIN
COUNTY DEPUTY DISTRICT ATTORNEY
KEVIN MAYO; and DOES I THROUGH 25,

           Defendants.
_____/

| | | |
|---|---|---|
| 1 | PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad | |
| 2 | Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by | |
| 3 | and through her Guardian Ad Litem, her custodial parent, Peter Rose; | CIV. NO. S-05-2229 GEB DAD |
| 4 | and PETER ROSE JR., a minor, by and through his Guardian | |
| 5 | Ad Litem, his custodial parent, Peter Rose | |
| 6 | | |
| 7 | vs. | |
| 8 | CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and DOES I THROUGH 25, | |
| 9 | | |
| 10 | Defendants. _____/ | |
| 11 | PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad | |
| 12 | Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by | |
| 13 | and through her Guardian Ad Litem, her custodial parent, Peter Rose; | CIV. No. S-05-2232 DFL KJM |
| 14 | and PETER ROSE JR., a minor, by and through his Guardian | |
| 15 | Ad Litem, his custodial parent, Peter Rose | |
| 16 | vs. | |
| 17 | CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual | |
| 18 | and official capacity; and DOES I THROUGH 25, | |
| 19 | | |
| 20 | Defendants. _____/ | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed January 10, 2006.  See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the

1 cases, including any previous Related (or Non-Related) Case Order
2 of this court.[1]
3     IT IS SO ORDERED.
4 DATED: February 7, 2006.

6                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
7                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

---

[1] The court record reflects that the magistrate judge filed findings and recommendations in case No. CIV S-01-1423 LKK DAD P, a habeas corpus action, recommending that the petition be denied. This court did not adopt or reject the findings and recommendations, but, instead, issued an order dismissing the case because the petitioner had been found factually innocent in state court. The three civil lawsuits sought to be related to the habeas corpus action request damages for alleged civil rights abuses in connection with the petitioner's criminal trial; the issues raised therein are not related to the claims raised in the petition for writ of habeas corpus. Under these circumstances, it is not necessary or appropriate to relate the civil damages actions to the habeas action. See Local Rule 83-123(a), E.D. Cal. (1997).