LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE; ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose; and PETE ROSE Jr., a minor, by and through his Guardian Ad Litem, his custodial parent, Peter Rose,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF LODI CALIFORNIA; MATTHEW FOSTER; ERNEST A. NIES, JR.; and, DOES 1 THROUGH 25,<br><br>      Defendants. | CASE NO:  CIV.S.05-2229 GEB/DAD<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>COMPLAINT FILED:   11/03/06<br>TRIAL DATE:              02/12/08 |

IT IS HEREBY STIPULATED, by and between the parties hereto, that plaintiffs may amend and file a First Amended Complaint (attached hereto as Exhibit A) to remove their previous Fourth Cause of Action (due process violation of California Constitution, Art. I, Sec.).

DATED: April 6, 2006            Respectfully submitted,

                            LAW OFFICE OF MARK E. MERIN

                               /s/ - "Jeffrey I. Schwarzschild"
                 BY:_____
                              Jeffrey I. Schwarzschild
                              Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: April 5, 2006 | Respectfully submitted, |

D. STEPHEN SCHWABAUER
CITY ATTORNEY
CITY OF LODI
/s/ - "Janice D. Magdich"

BY: _____
Janice D. Magdich
Deputy City Attorney
Attorneys for Defendant, City of Lodi, a California municipal Corporation

DATED: April 6, 2006                Respectfully submitted,

ANGELO, KILDAY & KILDUFF
/s/ - "Bruce A. Kilday"

BY: _____
Bruce A. Kilday
Attorneys for Defendant, City of Lodi, a California municipal Corporation

DATED: April 5, 2006                Respectfully submitted,

SCOTT & NICHOLS
/s/ - "William S. Scott"

BY: _____
William S. Scott
Attorneys for Defendants, Matthew Foster and Ernest A. Nies, Jr.

**ORDER**

IT IS HEREBY ORDERED that the First Amended Complaint, attached as Exhibit A to the Stipulation to File First Amended Complaint, is deemed filed as of this date and that defendants have 20 days from this date in which to file a response to said First Amended Complaint.

Dated: April 25, 2006

```
/s/ Garland E. Burrell, Jr.
```
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28