LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PETER ROSE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE; KATHLEEN CIULA, in her individual and official capacity; and, DOES 1 THROUGH 25,<br><br>    Defendants. | CASE NO:  CIV.S.05-2232 GEB/EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [Fed. R. Civ. Proc. 41(a)(1)]** |
| PETER ROSE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LODI, CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO:  CIV.S.05-2229 GEB/EFB |
| PETER ROSE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO; and, DOES 1 THROUGH 25,<br><br>    Defendants. | CASE NO:  CIV.S.05-2208 GEB/PAN |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs PETER ROSE, ASHLEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose, BRITNEY ROSE, a minor, by and through her Guardian Ad Litem, her custodial parent, Peter Rose, and PETE ROSE Jr., a minor, by and through his Guardian Ad Litem, his custodial parent, Peter Rose, and Defendants KATHLEEN CIULA, CITY OF LODI, CALIFORNIA, MATTHEW FOSTER, ERNEST A. NIES, JR., SAN JOAQUIN COUNTY, and SAN JOAQUIN COUNTY DEPUTY DISTRICT ATTORNEY KEVIN MAYO, by and through their undersigned counsel, that any and all claims against Defendants be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: February 28, 2007        Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY: /s/ - "Mark E. Merin"
Mark E. Merin
Attorneys for Plaintiffs

DATED: February 28, 2007        Respectfully submitted,

BILL LOCKYER, ATTORNEY GENERAL
STATE OF CALIFORNIA

By: /s/ - "James C. Phillips"
James C. Phillips, Deputy Attorney
Attorneys for Defendant
KATHLEEN CIULA

DATED: February 28, 2007        Respectfully submitted,

D. STEPHEN SCHWABAUER
CITY ATTORNEY
CITY OF LODI

BY: /s/ - "Janice D. Magdich"
Janice D. Magdich
Deputy City Attorney
Attorneys for Defendant, CITY OF LODI

```
1   DATED: February 28, 2007          Respectfully submitted,

2                                     ANGELO, KILDAY & KILDUFF

3
                                              /s/ - "Bruce A. Kilday"
4                                     BY:_____
                                          Bruce A. Kilday
5                                         Attorneys for Defendant, CITY OF LODI

6   DATED: February 28, 2007          Respectfully submitted,

7                                     SCOTT & NICHOLS

8
                                              /s/ - "William S. Scott"
9                                     BY:_____
                                          William S. Scott
10                                        Attorneys for Defendants, MATTHEW
                                          FOSTER and ERNEST A. NIES, JR.
11

12  Dated:  February 28, 2007         Respectfully submitted,

13                                    HAAPALA, ALTURA, THOMPSON & ABERN, LLP

14
                                              /s/ - "Rebecca S. Widen"
15                                    By:_____
                                          Rebecca S. Widen
16                                        Attorneys for Defendants
                                          SAN JOAQUIN COUNTY and
17                                        SAN JOAQUIN COUNTY DEPUTY
                                          DISTRICT ATTORNEY KEVIN MAYO
18
                                               **ORDER**
19
    **IT IS SO ORDERED.**
20

21  Dated:  February 28, 2007

22

23                                    _____
                                      GARLAND E. BURRELL, JR.
24                                    United States District Judge
```